**No. 50945.**—Protests 118572–K (B), etc., of Jean R. Graef, Inc., et al.   (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.